IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

───────────────────────

No. 22-10645-DD

───────────────────────

NAVY SEAL 1,
United States Navy,
NAVY SEAL 2,
EOD OFFICER,
United States Navy,
SENIOR CHIEF PETTY OFFICER,
United States Navy,
CHAPLAIN,
United States Navy, et al.,

                                                Plaintiffs - Appellees,

versus

SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE,
SECRETARY, DEPARTMENT OF HOMELAND SECURITY,
SECRETARY, US DEPARTMENT OF THE ARMY,
SECRETARY, U.S. DEPARTMENT OF THE NAVY
COMMANDANT, UNITED STATES MARINE CORPS, et al.,

                                                Defendants - Appellants.

───────────────────────

Appeal from the United States District Court
for the Middle District of Florida

───────────────────────

ORDER:

"Defendants-Appellants' unopposed motion to hold this appeal in abeyance pending District Court Proceedings" is GRANTED.

Counsel is DIRECTED to file monthly status reports by the 15th of every month. Counsel is also DIRECTED to file a status report concerning further proceedings within 15 days after the district court completes the proceedings described in its January 10, 2023 order.

DAVID J. SMITH  
Clerk of the United States Court of  
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION