IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NAVY SEAL 1, et al.,

Plaintiffs-Appellees,

v.                                         No. 22-10645

SECRETARY OF THE U.S. DEPARTMENT OF
DEFENSE, et al.,

Defendants-Appellants.

**DEFENDANTS-APPELLANTS' STATUS REPORT PURSUANT TO
THE COURT'S ORDER OF JANUARY 23, 2023**

No. 22-10645, *Navy SEAL 1, et al. v. Secretary of the U.S. Department of Defense, et al.*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for defendants-appellants

certify that the following persons have an interest in the outcome of this appeal.

Air Force Engineer

Air Force NCO

Air Force Officer

Air Force Special Agent

Alabama Center for Law and Liberty

Alabama Policy Institute

American Constitutional Rights Union

Avallone, Zachary A.

Boynton, Brian M.

Carmichael, Andrew E.

Carroll, Sarah

Clark, Matthew James

Clark, Sarah J.

Commandant, U.S. Marine Corps

Coppolino, Anthony J.

Crampton, Stephen M.

Dewart, Deborah Jane

No. 22-10645, *Navy SEAL 1, et al. v. Secretary of the U.S. Department of Defense, et al.*

Dover, Marleigh D.

Enlow, Courtney D.

Gannam, Roger K.

Haas, Alexander K.

Handberg, Roger B.

Harrington, Sarah E.

Hirsh, Michael

Hochshild, Adam S.

Hochschild Law Firm, LLC

Hodes, Mary Catherine

Jonna, Paul Michael

Knapp, Cody T.

Liberty Counsel, Inc.

Liberty, Life, and Law Foundation

Lieutenant Colonel 2

Macik, Thomas More

Mast, Jr., Richard L.

McHale, Michael G.

Merritt, R. Charles

Merryday, Hon. Steven D.

Mihet, Horatio G.

No. 22-10645, *Navy SEAL 1, et al. v. Secretary of the U.S. Department of Defense, et al.*

Park, Jack

Porcelli, Hon. Anthony E.

Powell, Amy E.

Ross, Casen B.

Scarborough, Charles W.

Schmid, Daniel Joseph

Secretary, U.S. Department of Defense

Secretary, U.S. Department of Homeland Security

Secretary, U.S. Department of the Air Force

Secretary, U.S. Department of the Army

Secretary, U.S. Department of the Navy

Snyder, Cassandra M.

Staver, Anita

Staver, Mathew D.

Sturgill Jr., Lowell V.

Thomas More Society

U.S. Department of Justice

Wilson, Hon. Thomas G.

Winik, Daniel

No. 22-10645, *Navy SEAL 1, et al. v. Secretary of the U.S. Department of Defense, et al.*

Counsel for defendants-appellants further certifies that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

/s/ *Sarah J. Clark*
Sarah J. Clark

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

NAVY SEAL 1, et al.,

                Plaintiffs-Appellees,

           v.

SECRETARY OF THE U.S. DEPARTMENT OF
DEFENSE, et al.,

                Defendants-Appellants.

No. 22-10645

---

**DEFENDANTS-APPELLANTS' STATUS REPORT PURSUANT TO
THE COURT'S ORDER OF JANUARY 23, 2023**

This is an appeal from a preliminary injunction that barred the Navy and the Marine Corps from applying their now-rescinded COVID-19 vaccination requirement to plaintiffs Navy Commander and Lieutenant Colonel 2. The government filed a notice of appeal on February 25, 2022. On January 23, 2023, the Court granted the government's unopposed motion to hold the appeal in abeyance while the district court considers whether the Secretary of Defense's rescission of the vaccination requirement has mooted the underlying dispute. The Court's January 23 order instructed counsel "to file monthly status reports by the 15th of every month," and the government submits this status report consistent with that instruction.[1]

---

[1] The Court issued similar orders in *Chief Warrant Officer 4 v. Secretary of Defense*, No. 22-13522 (11th Cir.), and *Captain v. Secretary of Defense*, No. 22-12029 (11th Cir.), and the government is likewise filing status reports in those appeals today.

On January 18, 2023, the government moved in district court to dismiss the underlying actions as moot and dissolve the preliminary injunctions, suggesting that the district court could issue an indicative ruling if necessary.  *See* Dkt. No. 275.[2]  The same day, the government filed a motion to stay other proceedings in the case, including a trial that had been scheduled to begin on February 27, until the district court resolved issues of mootness.  *See* Dkt. No. 276.  On January 20, the district court issued an order temporarily staying discovery and case management deadlines and continuing the scheduled trial.  *See* Dkt. No. 277.  On February 1, plaintiffs filed a combined opposition to the government's motions to dismiss and to stay the district court action.  *See* Dkt. No. 281.  On February 14, the government filed a supplemental memorandum in support of its motion to dismiss.  *See* Dkt. No. 284.  The district court has not yet issued a decision on the mootness issues that have been raised.

Respectfully submitted,

CHARLES W. SCARBOROUGH

*/s/ Sarah J. Clark*

SARAH J. CLARK
 *Attorneys, Appellate Staff*
 *Civil Division*
 *United States Department of Justice*
 *950 Pennsylvania Avenue, NW, Rm. 7216*
 *Washington, D.C. 20530*
 *(202) 305-8727*

FEBRUARY 2023

---

[2] The docket numbers in this filing refer to docket entries in *Colonel Financial Management Officer v. Austin*, No. 8:22-cv-1275 (M.D. Fla.), where the mootness briefing is being conducted.

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I caused the foregoing to be filed with the Court using the appellate CM/ECF system, which constitutes service on all parties under the Court's rules.

*/s/ Sarah J. Clark*
Sarah J. Clark