IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NAVY SEAL 1, et al.,

                 Plaintiffs-Appellees,

          v.

SECRETARY OF THE U.S. DEPARTMENT OF DEFENSE, et al.,

                 Defendants-Appellants.

No. 22-10645

**DEFENDANTS-APPELLANTS' STATUS REPORT PURSUANT TO THE COURT'S ORDER OF JANUARY 23, 2023**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for defendants-appellants certify that the following persons have an interest in the outcome of this appeal.

Air Force Engineer

Air Force NCO

Air Force Officer

Air Force Special Agent

Alabama Center for Law and Liberty

Alabama Policy Institute

American Constitutional Rights Union

Avallone, Zachary A.

Boynton, Brian M.

Carmichael, Andrew E.

Carroll, Sarah

Clark, Matthew James

Clark, Sarah J.

Commandant, U.S. Marine Corps

Coppolino, Anthony J.

Crampton, Stephen M.

Dewart, Deborah Jane

Dover, Marleigh D.

Enlow, Courtney D.

Gannam, Roger K.

Haas, Alexander K.

Handberg, Roger B.

Harrington, Sarah E.

Hirsh, Michael

Hochshild, Adam S.

Hochschild Law Firm, LLC

Hodes, Mary Catherine

Jonna, Paul Michael

Knapp, Cody T.

Liberty Counsel, Inc.

Liberty, Life, and Law Foundation

Lieutenant Colonel 2

Macik, Thomas More

Mast, Jr., Richard L.

McHale, Michael G.

Merritt, R. Charles

Merryday, Hon. Steven D.

Mihet, Horatio G.

Park, Jack

Porcelli, Hon. Anthony E.

Powell, Amy E.

Ross, Casen B.

Scarborough, Charles W.

Schmid, Daniel Joseph

Secretary, U.S. Department of Defense

Secretary, U.S. Department of Homeland Security

Secretary, U.S. Department of the Air Force

Secretary, U.S. Department of the Army

Secretary, U.S. Department of the Navy

Snyder, Cassandra M.

Staver, Anita

Staver, Mathew D.

Sturgill Jr., Lowell V.

Thomas More Society

U.S. Department of Justice

Wilson, Hon. Thomas G.

Winik, Daniel

Counsel for defendants-appellants further certifies that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

<u>/s/ Sarah J. Clark</u><br>
Sarah J. Clark

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NAVY SEAL 1, et al.,

                Plaintiffs-Appellees,

      v.

SECRETARY OF THE U.S. DEPARTMENT OF DEFENSE, et al.,

                Defendants-Appellants.

No. 22-10645

### DEFENDANTS-APPELLANTS' STATUS REPORT PURSUANT TO THE COURT'S ORDER OF JANUARY 23, 2023

This is an appeal from a preliminary injunction that barred the Navy and the Marine Corps from applying their now-rescinded COVID-19 vaccination requirement to plaintiffs Navy Commander and Lieutenant Colonel 2. The government filed a notice of appeal on February 25, 2022. On January 23, 2023, the Court granted the government's unopposed motion to hold the appeal in abeyance while the district court considers whether the Secretary of Defense's rescission of the vaccination requirement has mooted the underlying dispute. The Court's January 23 order instructed counsel "to file monthly status reports by the 15th of every month," and the government submits this status report consistent with that instruction.[1]

---

[1] The Court issued similar orders in *Chief Warrant Officer 4 v. Secretary of Defense*, No. 22-13522 (11th Cir.), and *Captain v. Secretary of Defense*, No. 22-12029 (11th Cir.), and the government is likewise filing status reports in those appeals today.

The government's motion in district court to dismiss the underlying actions as moot and to dissolve the preliminary injunctions is fully briefed. The parties are in mediation pursuant to court order and the district court has not yet ruled on the motion.

Beyond this litigation, multiple courts have concluded that the rescission of the vaccination requirement has mooted appeals challenging that requirement. *See Navy Seal 4 v. Austin*, No. 22-5114 (D.C. Cir. Mar. 10, 2023) (dismissing appeal of preliminary injunction denial) (Ex. A); *Creaghan v. Austin*, No. 22-5135 (D.C. Cir. Mar. 10, 2023) (same); *Dunn v. Austin*, No. 22-15286 (9th Cir. Feb. 27, 2023) (same) (Ex. B); *Short v. Berger*, Nos. 22-15755, 22-16607 (9th Cir. Feb. 24, 2023) (same) (Ex. C).

In addition, the Department of Defense and the military services have continued to issue guidance implementing the rescission of the vaccination requirement. *See, e.g.*, Department of Defense, *Memorandum re: Guidance for Implementing Rescission of August 24, 2021 and November 30, 2021 Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed Forces* (Feb. 24, 2023), Dkt. No. 286-1; Department of the Navy, *Memorandum re Department of the Navy Actions to Implement Coronavirus Disease 2019 Vaccine Rescission* (Feb. 24, 2023), Dkt. No. 286-2; *see also* U.S. Navy, *NAVADMIN 065/23, Follow on COVID-19 Vaccine Rescission Actions* (Mar. 6, 2023), Dkt. No. 287-1; U.S. Marine Corps, *MARADMIN 109/23, Update to Mandatory COVID-19 Vaccination Requirement of Marine Corps Active and Reserve Components* (Feb. 28, 2023), Dkt. No. 286-3; U.S. Navy, *NAVADMIN 038/23, U.S. Navy COVID-19 Standardized Operational Guidance 8.0* (Feb. 15, 2023), Dkt. No. 285-2; Department of the Navy, *ALNAV*

*009/23, Rescission of Covid-19 Vaccination Requirement for Members of the Armed Forces* (Jan. 20, 2023), Dkt. No. 285-1.[2]

|  | Respectfully submitted, |
|---|---|
|  | CHARLES W. SCARBOROUGH |
|  | */s/ Sarah J. Clark* |
|  | SARAH J. CLARK |
|  | *Attorneys, Appellate Staff* |
|  | *Civil Division* |
|  | *United States Department of Justice* |
|  | *950 Pennsylvania Avenue, NW, Rm. 7216* |
|  | *Washington, D.C. 20530* |
| MARCH 2023 | *(202) 305-8727* |

---

[2] The docket numbers in this filing refer to docket entries in *Colonel Financial Management Officer v. Austin*, No. 8:22-cv-1275 (M.D. Fla.), where the mootness briefing was conducted.

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I caused the foregoing to be filed with the Court using the appellate CM/ECF system, which constitutes service on all parties under the Court's rules.

*/s/ Sarah J. Clark*
Sarah J. Clark

# EXHIBIT A

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5114**　　　　　　　　　　　　　　**September Term, 2022**

　　　　　　　　　　　　　　　　　　　　　　　1:22-cv-00688-CKK

　　　　　　　　　　　　　　　　　　　　**Filed On:** March 10, 2023

Navy Seal 1, et al.,

　　　　Appellees

Navy Seal 4,

　　　　Appellant

　　v.

Lloyd J. Austin, III, in his official capacity as
Secretary of the United States Department of
Defense, et al.,

　　　　Appellees

**No. 22-5135**

　　　　　　　　　　　　　　　　　　　　　　　1:22-cv-00981-CKK

Mariella Creaghan, Captain,

　　　　Appellant

　　v.

Lloyd J. Austin, III, in his official capacity as
the Secretary of the United States
Department of Defense, et al.,

　　　　Appellees

　　　**BEFORE:**　　Henderson, Wilkins, and Katsas, Circuit Judges

**O R D E R**

　　　In light of the January 10, 2023 Memorandum issued by the Secretary of Defense rescinding the military's COVID-19 vaccination mandate for all service members, and the subsequent directives formally implementing the Secretary of Defense's rescission of the COVID-19 vaccination requirement, including but not limited

# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 22-5114**                                    **September Term, 2022**

to:

    the February 24, 2023 Memorandum issued by the Deputy Secretary of Defense,

    the February 24, 2023 Memorandum issued by the Secretary of the Air Force,

    the February 24, 2023 Memorandum issued by the Secretary of the Navy,

    the February 23, 2023 NAVADMIN 038-23 issued by the Chief of Naval Operations, and

    the January 30, 2023 Memorandum issued by the Under Secretary of Defense.

    It is **ORDERED**, on the court's own motion, that appellants' appeals of the denial of their preliminary injunctions in No. 22-5114 and No. 22-5135 be dismissed as moot. The district court's judgments denying the preliminary injunctions are vacated. *See United States v. Munsingwear, Inc.*, 340 U.S. 36, 39 (1950). These actions are remanded to the district court for further proceedings consistent with this order.

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R. App. P. 41(b); D.C. Cir. R. 41(a)(1).

<u>**Per Curiam**</u>

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                          BY:   /s/
                                    Michael C. McGrail
                                    Deputy Clerk

# EXHIBIT B



**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN DUNN, Lieutenant Colonel, Plaintiff-Appellant, v. LLOYD J. AUSTIN III, US Secretary of Defense; FRANK KENDALL, US Secretary of the Air Force; GREGORY M. HAYNES, Colonel; JEFFREY PENNINGTON, Major General; UNITED STATES DEPARTMENT OF DEFENSE, Defendants-Appellees. | No. 22-15286  D.C. No. 2:22-cv-00288-JAM-KJN Eastern District of California, Sacramento  ORDER |

Before: W. FLETCHER, BYBEE, and VANDYKE, Circuit Judges.

On January 11, 2023, the government's filing informed the court that the Secretary of Defense had rescinded the COVID-19 vaccination requirement for all military service members. As directed by the court's January 19 order, the parties filed supplemental briefing addressing whether this case is moot in light of the government's change in policy.

We dismiss the appeal as moot and vacate the district court's order denying the preliminary injunction. The case is remanded to the district court for such further proceedings as may be appropriate.

**VACATED AND REMANDED.**

# EXHIBIT C

| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | FEB 24 2023 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

THOMAS SHORT,

        Plaintiff-Appellant,

 v.

DAVID BERGER, in his official capacity as Commandant of the United States Marine Corps; CARLOS DEL TORO, in his official capacity as Secretary of the Navy,

        Defendants-Appellees.

No.   22-15755
       22-16607

D.C. No. 2:22-cv-00444-DJH
District of Arizona,
Phoenix

ORDER

Before: WARDLAW, LEE, and BUMATAY, Circuit Judges.

    Appellant Thomas Short's appeal of the denial of the preliminary injunction, No. 22-15755, and appeal of the dismissal of the action as duplicative, No. 22-16607, are **DISMISSED AS MOOT** in light of the January 10, 2023 Memorandum issued by the Secretary of Defense, rescinding the military's COVID-19 vaccination mandate for all service members, and the January 18, 2023 MARADMIN 025/23 issued by the Marine Corps, formally implementing the Secretary of Defense's rescission of the COVID-19 vaccination requirement for all Marine Corps members.

    The district court's judgments denying the preliminary injunction and dismissing the case are **VACATED**. *See United States v. Munsingwear, Inc.*, 340

U.S. 36, 39 (1950).  The action is **REMANDED** to the district court for further proceedings consistent with this order due to the change in the legal framework governing this case.

**IT IS SO ORDERED.**